# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Roberts, John G. | 2. Court or Organization<br><br>Supreme Court of the U.S. | 3. Date of Report<br><br>06/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>One First Street, NE<br>Washington, DC 20543 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New England School of Law | 02/2-3/2016 | Boston, Massachusetts | Participate in Law Day events; classroom visits with students | Air transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Inc. New TWX | D | Dividend | N | T | | | | | |
| 2. Hewlett-Packard (Common) HPQ | A | Dividend | | | Sold | 08/29/16 | K | D | |
| 3. Hillenbrand (Common) HI | A | Dividend | J | T | | | | | |
| 4. Hill-Rom Holdings, Inc. | A | Dividend | K | T | | | | | |
| 5. Microsoft (Common) MSFT | | None | | | Sold | 01/05/16 | N | G | |
| 6. Nokia (Common) NOK | A | Dividend | J | T | | | | | |
| 7. Lam Research LRCX | A | Dividend | K | T | | | | | |
| 8. Texas Instruments (Common) TXN | D | Dividend | N | T | | | | | |
| 9. TMO (Common) | A | Dividend | M | T | | | | | |
| 10. Sirius XM Radio (Common) | A | Dividend | M | T | | | | | |
| 11. American Century Growth Inv TWCGX | C | Dividend | L | T | | | | | |
| 12. MetLife GVUL: Putnam Multi-Cap Growth Fund (see Part VIII) | | None | J | T | | | | | |
| 13. MetLife GVUL:Putnam Voyager (see Part VIII) | | None | | | Closed | 10/19/16 | J | | |
| 14. Vanguard World Fd Int'l Gr Fund Adm. Shs VWILX | A | Dividend | L | T | Sold (part) | 01/07/16 | J | | |
| 15. Vanguard Sm-Cap Index Fund Admiral VSMAX | B | Dividend | L | T | Sold (part) | 01/07/16 | J | D | |
| 16. C. Schwab Muni M. Fund SWXXX | A | Dividend | J | T | | | | | |
| 17. Wells Fargo bank accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Capital One, Inc. bank accounts | | None | O | T | | | | | |
| 19. | 1/8 int. cottage, Knocklong, Co. Limerick, Ireland | A | Rent | K | W | | | | | |
| 20. | Utah Educ. Svgs Plan Equity - 10% Int'l | D | Dividend | O | T | | | | | |
| 21. | Utah Educ. Svgs Plan Age-Based Moderate, 13-15 | C | Dividend | M | T | | | | | |
| 22. | Allegis Group Ret. Plan (H) | | | | | | | | | |
| 23. | -- Vanguard Target Retirement 2020 Trust II | | None | L | T | | | | | |
| 24. | Time Warner Cable TWC merged w Charter Comm. Line 99 (see Part VIII) | B | Dividend | | | Sold | 05/18/16 | M | G | |
| 25. | Eaton Vance Ser II Income Fund Boston CL 1 EIBIX | C | Dividend | L | T | | | | | |
| 26. | Eaton Vance Global Macr Absolute Return I EIGMX | D | Dividend | M | T | | | | | |
| 27. | First Eagle Global SGIIX | D | Dividend | N | T | Buy (add'l) | 07/12/16 | J | | |
| 28. | | | | | | Buy (add'l) | 08/15/16 | J | | |
| 29. | | | | | | Buy (add'l) | 09/15/16 | J | | |
| 30. | | | | | | Buy (add'l) | 10/14/16 | J | | |
| 31. | | | | | | Buy (add'l) | 11/15/16 | J | | |
| 32. | | | | | | Buy (add'l) | 12/15/16 | J | | |
| 33. | Gabelli Equity Income GCIEX | D | Dividend | | | Sold (part) | 01/07/16 | J | B | |
| 34. | | | | | | Sold | 08/08/16 | N | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Gabelli Small Cap Growth 1 GACIX | D | Dividend | M | T | Buy (add'l) | 07/12/16 | J | | |
| 36. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 37. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 38. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 39. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 40. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 41. MFS Corporate Bond I MBDIX | A | Dividend | | | Sold | 01/07/16 | M | | |
| 42. Virtus Emerging Markets Opps. HIEMX | | None | | | Sold | 08/08/16 | N | D | |
| 43. T. Rowe Price Real Estate TRREX | B | Dividend | L | T | | | | | |
| 44. T. Rowe Price Blue Chip Growth TRBCX | B | Dividend | M | T | Buy (add'l) | 07/12/16 | J | | |
| 45. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 46. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 47. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 48. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 49. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 50. Wells Fargo Treas. Plus Mon Mkt Fund | A | Dividend | K | T | Buy (add'l) | 01/08/16 | J | | |
| 51. | | | | | Sold (part) | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 01/15/16 | J | | |
| 53. | | | | | Sold (part) | 04/08/16 | J | | |
| 54. | | | | | Sold (part) | 07/08/16 | J | | |
| 55. | | | | | Buy (add'l) | 07/12/16 | J | | |
| 56. | | | | | Sold (part) | 07/18/16 | J | | |
| 57. | | | | | Buy (add'l) | 08/09/16 | J | | |
| 58. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 59. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 60. | | | | | Sold (part) | 10/14/16 | J | | |
| 61. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 62. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 63. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 64. Wells Fargo Absolute Return Fund | C | Dividend | N | T | Buy (add'l) | 07/12/16 | J | | |
| 65. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 66. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 67. | | | | | Buy (add'l) | 10/17/16 | J | | |
| 68. | | | | | Buy (add'l) | 11/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 70. AQR FDS Mgd. Futures Strategy AQMIX | A | Dividend | L | T | | | | | |
| 71. Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Buy (add'l) | 01/08/16 | J | | |
| 72. BlackRock Emerging Mkt L/S Eq Instl BLSIX | | None | K | T | | | | | |
| 73. TIME, Inc. TIME | A | Dividend | J | T | | | | | |
| 74. Jane Brain, LLC | | | | | | | | | |
| 75. -- Empowered Learning Institute of DC, LLC | | None | K | W | | | | | |
| 76. Principal MidCap Institutional PCBIX | D | Dividend | N | T | Buy (add'l) | 07/12/16 | J | | |
| 77. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 78. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 79. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 80. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 81. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 82. Prudential Jennison PNRZX (X) | B | Dividend | L | T | | | | | |
| 83. Natixis Funds Trust II ASG Global Altern Y GAFYX | | None | L | T | Buy (add'l) | 01/08/16 | K | | |
| 84. Hewlett Packard Ente HPE | A | Dividend | | | Sold | 08/29/16 | K | E | |
| 85. Dodge & Cox Stock DODGX | D | Dividend | N | T | Buy | 07/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/09/16 | N | | |
| 87. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 88. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 89. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 90. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 91. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 92. Oppenheimer Developing Markets ODVYX | B | Dividend | N | T | Buy | 07/12/16 | J | | |
| 93. | | | | | Buy (add'l) | 08/09/16 | N | | |
| 94. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 95. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 96. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 97. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 98. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 99. Charter Communications CHTR Line 24 (see Part VIII) | | None | M | T | Merged (with line 24) | 05/18/16 | M | | |
| 100. Utah Educ. Svgs Plan Individual Fixed Income (X) | B | Dividend | M | T | Buy | 03/30/16 | L | | |
| 101. Thornburg Ltd-Term Muni Inst LTMIX | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 102. | | | | | Buy (add'l) | 08/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 104. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 105. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 106. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 107. Tweedy Brown Global Value Fund TBGVX | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 108. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 109. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 110. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 111. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 112. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 113. T Rowe Price Short-Term Bond | B | Dividend | M | T | Buy | 01/08/16 | M | | |
| 114. Vanguard Div. Growth Fd Investor Shares VDIGX (X) | D | Dividend | O | T | Buy | 03/01/16 | N | | |
| 115. | | | | | Buy (add'l) | 09/06/16 | K | | |
| 116. Gateway Fund GTEYX (X) | A | Dividend | K | T | Buy | 07/12/16 | J | | |
| 117. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 118. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 119. | | | | | Buy (add'l) | 10/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 121. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 122. Vanguard Total Stk Mkt Index Fd Adm Shs VTSAX (X) | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 123. | | | | | Buy (add'l) | 08/15/16 | J | | |
| 124. | | | | | Buy (add'l) | 09/15/16 | J | | |
| 125. | | | | | Buy (add'l) | 10/14/16 | J | | |
| 126. | | | | | Buy (add'l) | 11/15/16 | J | | |
| 127. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 128. Wells Fargo Custod. Roth IRA (X) | | None | J | T | Buy | 12/20/16 | J | | |
| 129. MetLife GVUL: Deutsche Govt. Money Mkt VIP (X) (see Part VIII) | | None | J | T | | | | | |
| 130. MetLife GVUL Put.Gro. Opps. assumed Put.Voyag. assets (see Part VIII) | | None | J | T | Merged (with line 13) | 5/16/16 | J | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, John G. | 06/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 12. In prior report, MetLife GVUL: Deutsche Government Money Market VIP fund value was included at line 12, but the fund was not identified.

Line 13. On October 19, 2016, Putnam Voyager Fund closed and its assets were transferred to Putnam Growth Opportunities Fund.

Line 24. On May 18, 2016, Charter Communications, Inc. announced that it closed its previously announced transactions whereby Legacy Charter, the previous public company, has combined with Time Warner Cable Inc. ("TWC"). This transaction forced the conversion of TWC shares into Charter Communications, Inc. shares.

Line 99. This entry reflects the Charter Communications, Inc. shares which filer received via the TWC/Charter Communications, Inc. merger on May 18, 2016.

Line 129. In prior report, MetLife GVUL: Deutsche Government Money Market VIP fund value was included at line 12. This entry provides the fund's identity.

Line 130. This entry reflects the result of the merger of Putnam Voyager Fund and Putnam Growth Opportunities Fund.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Roberts, John G. | 06/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544